**METROPOLITAN ST. LOUIS SEWER DISTRICT, Respondent,**

v.

**Christine PIERCE, Appellant.**

**No. ED 100092.**

Missouri Court of Appeals, Eastern District, Division Four.

Jan. 21, 2014.

Christine E. Pierce, St. Louis, MO, pro se for appellant.

Randall E. Gusdorf, St. Louis, MO, for respondent.

Before: LISA S. VAN AMBURG, P.J., PATRICIA L. COHEN, J., and GARY M. GAERTNER, JR., J.

### *ORDER*

PER CURIAM.

Christine Pierce appeals from the trial court's summary judgment in favor of Metropolitan St. Louis Sewer District (MSD) on MSD's petition on account for unpaid sewer bills and reasonable attorney's fees. An extended opinion would have no precedential value. The parties have been provided with a memorandum for their information only, setting forth the reasons for this order. The decision is affirmed. Rule 84.16(b).